December 8, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

DELCOR USA, INC., Appellant

NO. 14-11-00048-CV                    V.

TEXAS INDUSTRIAL SPECIALTIES, INC., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, TEXAS INDUSTRIAL SPECIALTIES, INC., signed October 15, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, DELCOR USA, INC., to pay all costs incurred in this appeal. We further order this decision certified below for observance.